FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 11 2012

JAMES W. McCORMACK, CLERK
By: Dyackin
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HELENA CHEMICAL COMPANY                                               PLAINTIFF

VS.                           CASE NO. 4:12-cv-513 JMM

DOUGLAS GILLAM, JEREMY GILLAM and
GILLAM FARMS, an Arkansas Partnership                                 DEFENDANTS

## CONSENT JUDGMENT

The plaintiff Helena Chemical Company having filed its complaint demanding a money judgment as fully set forth in the complaint, the plaintiff and defendants have agreed that Helena Chemical shall have judgment against defendants Gillam Farms, Douglas Gillam, and Jeremy Gillam, jointly and severally, for damages in the amount of $78,923.87, including pre-judgment interest through August 13, 2012.

IT IS THEREFORE ORDERED AND ADJUDGED:

THAT plaintiff Helena Chemical Company have and recover a judgment from the defendants Gillam Farms, Douglas Gillam, and Jeremy Gillam, jointly and severally, in the amount of $78,923.87.

That all writs and processes provided by law for the enforcement of judgments shall issue hereon immediately. However, the plaintiff shall forebear from execution on the judgment for so long as the defendants make payments of $15,000.00 on or before August 31, 2012, $10,000.00 on or before March 31, 2013, $10,000.00 on or before May 31, 2013, and a final payment of $43,923.87 on or before August 31, 2013.

That in the event the defendants fail to make any payments as required above, post-judgment interest at the statutory rate of .17% shall begin to accrue from the date of default on the outstanding balance of the judgment and shall continue to accrue until paid in full, and the

plaintiff may obtain issuance of all writs allowed by law for the collection of judgments without further application to this Court.

IT IS SO ORDERED this 11th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

By: _____
Roger D. Rowe (85140)
LAX, VAUGHAN, FORTSON,
JONES & ROWE, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
(501) 376-6565
*Attorneys for Helena Chemical Co., Inc.*

_____
Douglas Gillam,
Individually and on behalf of
Gillam Farms

_____
Jeremy Gillam,
Individually and on behalf of
Gillam Farms

_____
Martin W. Bowen
BOWEN LAW FIRM, PLLC
P. O. Box 7273
Little Rock, AR 72217
*Attorneys For Defendants Douglas Gillam,
Jeremy Gillam, and Gillam Farms*